UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         CASE NO.: 8:13-CV-1484-T-15MAP

DANIEL L. BELL,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, Daniel L. Bell, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the Defendant for failure to answer or otherwise plead to the Summons and Complaint served by the plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against Defendant, Daniel L. Bell, upon the Complaint herein.

It is further ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Daniel L. Bell, the sum of $8,293.94, consisting of $2,364.67 in unpaid principal, plus $4,609.27 in interest at the rate of 8.00% through August 16, 2013 for

(Claim No. 2012A22452) in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, per annum to the date of this judgment, together with a Fee for Service and Travel, per 28 U.S.C § 1921 of $40.00, plus attorney's fees of $1,280.00, for all of which sums let execution issue.

It is further ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 9(a), Federal Rules of Civil Procedure. Plaintiff's address is: Steven M. Davis, Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th floor, Coral Gables, FL 33134. Defendant's address is: Daniel L. Bell, 15303 Blair Avenue, Brooksville, FL 34604.

DONE AND ORDERED in Chambers, in Tampa, FL, this 11th day of September, 2013.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq.(Two Certified Copies)
    Daniel L. Bell, Pro Se